154

**Donald T. MILLIGAN, Petitioner,**

v.

**SOCIAL SECURITY
ADMINISTRATION,
Respondent.**

No. 04–3275.

United States Court of Appeals,
Federal Circuit.

June 15, 2004.

Donald T. Milligan, of Counsel, Lakeland, FL, for Petitioner.

Phyllis Jo Baunach, Principal Attorney, Patricia M. Mccarthy, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert F. LUNDY, Petitioner,**

v.

**DEPARTMENT OF THE
NAVY, Respondent.**

No. 04–3199.

United States Court of Appeals,
Federal Circuit.

June 15, 2004.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.